UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE J. HALL,

    Plaintiff,                                 Case No. 16-cv-12610
                                               Hon. Mark A. Goldsmith

vs.

AL COOPER and BELINDA
ONIELL,

    Defendants.
_____/

## ORDER ACCEPTING REPORT & RECOMMENDATION DATED JUNE 21, 2017 (Dkt. 21) AND DISMISSING PLAINTIFF'S COMPLAINT (Dkt. 1)

This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge R. Steven Whalen, issued on June 21, 2017 (Dkt. 21). In the R&R, the magistrate judge recommends that Plaintiff's complaint be dismissed on the basis that the allegations in the complaint are "attenuated, unsubstantial, frivolous, and devoid of merit." See R&R at 1 (quoting Apple v. Glenn, 183 F.3d 477, 479 (6th Cir. 1999)). Specifically, he found that the allegations were conclusory and did not plausibly establish a violation of any federal right.

The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the magistrate judge reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Plaintiff's complaint is dismissed without prejudice.

    SO ORDERED.

Dated: August 1, 2017                                s/Mark A. Goldsmith
     Detroit, Michigan                           MARK A. GOLDSMITH
                                                   United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 1, 2017.

                                                                                      s/Karri Sandusky
                                                                                      Case Manager